

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2016

No. 04-16-00067-CV

**IN THE INTEREST OF A.M., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09974
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The reporter's record was due March 11, 2016, but was not filed. On March 16, 2016, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice on April 25, 2016, by filing a notification of late record. In the notification, the reporter stated, among other things, that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). We therefore ordered appellant to provide written proof to this court on or before May 6, 2016, that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). We advised appellant that if there was no response within the time provided, appellant's brief would be due on or before May 26, 2016, and we would consider only those issues or points raised in appellant's brief that did not require a reporter's record for a decision. *See id.* R. 37.3(c).

On May 6, 2016, appellant filed a response and provided proof that arrangements had been made to pay the court reporter for preparation of the record. Accordingly, we **ORDER** the court reporter to file the reporter's record in this court on or before **June 9, 2016**. Appellant's brief will be due thirty days after the date the reporter's record is filed in this court.

We **order** the clerk of this court to serve a copy of this order on the court reporter and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.



Keith E. Hottle
Clerk of Court